# DOCKET

**DOCKET** Cv 14-320

## TITLE OF CASE

*United States of America*

— vs —

Allied Chemical & Dye Corporation, The Barrett Company, Semet-Solvay Company, The Solvay Process Company, E. I. DuPont de Nemours & Company, Henry Francis Atherton, Elton Waterbury Clark, Fred Joseph Emmerich, Joseph North Ford, Sidney Burritt Haskell, William Clark King, Robert Vincent Mahon, Francis Huger McAdoo, William Nicol McIlravy, Fred T. Techter, Charles Gilman Tufts, Charles Frank Weber, Walter Dannenbaum, E. A. Hedin, R. W. McClellan, Fred A. Wardenburg, Lehigh Willard W

**Basis of Action:** Sherman Anti-Trust Act.

## ATTORNEYS

**For Plaintiff:** U. S. Attorney

**For Defendant:**
William H. Button
vs Coler St

Wright Gordon Zachry Parlin & Cahill
63 Wall St

## PLAINTIFF'S ACCOUNT

| DATE | | | RECEIVED | DISBURSED |
|---|---|---|---|---|
| Month | Day | Year | | |

## DEFENDANT'S ACCOUNT

| DATE | | | RECEIVED | DISBURSED |
|---|---|---|---|---|
| Month | Day | Year | | |
| MAY | 29 | 1941 | 10 | |
| DEPOSIT N. D. N. Y. to Wright Gordon Zachry Parlin & Cahill | | | | |
| JUN | 18 | 1941 | 10 | 5 |
| DEPOSIT N. D. B. to William H. Button | | | | |
| JUN | 30 | 1941 | 7 | |
| FEES EARNED | | | 7 | 5 |

# UNITED STATES DISTRICT COURT

## FILINGS—PROCEEDINGS

| DATE | | | Filings—Proceedings | No. of Words | CLERK'S FEES | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | | Plaintiff | Defendant |
| May | 29 | 1941 | Filed Complaint and Issued Summons | | | |
| May | 29 | 1941 | Filed Answer of Deft. acting Clerk of Dy. Cork. w.d. | | 5— | |
| May | 29 | 1941 | Filed Answer of Deft. C.J. in Port in Merrow P.C. | | 5— | |
| May | 29 | 1941 | Final Cost Judgmt. — Andrew J. — w/c 7+C. | | 5— | |
| Jun | 1 | 1944 | Statement Stip. Order awaiting Compy. of Annex entered 7/5/44 — w.w.b. | | | |
| Mar | 3 | 1945 | Order justly amending paragraph of Decree amended, as indicated (see order) Entered, J. (Notice of [?]) | | | 7— |